UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-47M-MPT |
| | : | |
| RUDY ALVARADO | : | |
| | : | |
| Defendant. | : | |
| | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Rudy Alvarado, in the above-captioned matter.

/s/
EDSON A. BOSTIC, ESQUIRE


/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Rudy Alvarado

DATED: March 19, 2007

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Rudy Alvarado, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on March 19, 2007, to:

        Edmond Falgowski
        Assistant United States Attorney
        Nemours Building
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, DE 19899-2046


    /s/
    CHRISTOPHER S. KOYSTE, ESQUIRE
    Assistant Federal Public Defender
    704 King Street, Suite 110
    Wilmington, DE 19801
    Attorney for Defendant Rudy Alvarado

DATED: March 19, 2007