IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-47M-MPT |
| ) | |
| RUDY ALVARADO, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count I

On or about March 12, 2007, in the District of Delaware, Rudy Alvarado, the defendant, an alien and subject of Guatemala, knowingly entered the United States by eluding examination and inspection by immigration officers, in violation of Title 8, United States Code, Sections 1325(a) and 1329.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-15-07



FILED

MAR 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE