IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-47M-MPT |
| ) | |
| RUDY ALVARADO, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF PLEA AGREEMENT**

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Rudy Alvarado, by and through the defendant's attorney, Christopher Koyste, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall enter a guilty plea to the one count ~~Indictment~~ Information charging Entry Without Inspection, a violation of Title 8, United States Code, Sections 1325(a) and 1329, which carries a maximum penalty of six months incarceration, a $5,000 fine, and a $10 special assessment. At sentencing the United States will move to dismiss the Criminal Complaint.

2. The elements of Entry Without Inspection are as follows:

    (a) ~~the defendant was deported from the United States;~~

    (b) the defendant entered the United States by eluding examination and inspection by immigration officers; and

    (c) the defendant acted knowingly.

representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

_____
Christopher Koyste, Esquire
Attorney for Defendant

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

_____
Rudy Alvarado
Defendant

Dated: 3-22-2007

AND NOW this __22__ day of __March__, 2007 the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Court

2